1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Alicia Gutierrez
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ALICIA GUTIERREZ,           ) Case No.: CV 06-1401 RC
                               )
12         Plaintiff,          ) [PROPOSED] ORDER AWARDING
                               ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                      ) ATTORNEY FEES PURSUANT TO
                               ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,          )
   Commissioner of Social Security, )
15                             )
           Defendant.          )
16 _____ )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20 the amount of Thirty-Seven Hundred dollars and zero cents ($3,700.00), as

21 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

22 Stipulation.

23 DATE: 9-16-2008

24              /s/ ROSALYN M. CHAPMAN
                THE HONORABLE ROSALYN M. CHAPMAN
25              UNITED STATES MAGISTRATE JUDGE

26

-1-